# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 1143

VERSUS

DAVEN WILLIAM BATISTE

**FEBRUARY 24, 2025**

---

In Re:     Daven William Batiste, applying for supervisory writs,
           22nd Judicial District Court, Parish of St. Tammany, No.
           0062-F-2021.

---

BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.

**WRIT DENIED.**

                              **PMc**
                              **WIL**
                              **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT